UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARIANNA MILANESE, *et al.*,

                Plaintiffs,

    -against-

DANA COLLINS, *et al.*,

                Defendants.
-----------------------------------------------------------X

**ORDER**

24 Civ. 1383 (KMK)(JCM)

        On September 19, 2024, this Court scheduled a pretrial conference for December 2, 2024 at 11:00 a.m. in Courtroom 421. (Docket No. 24). No counsel for either plaintiffs or defendants appeared for the conference on December 2, 2024. No counsel contacted the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

        Accordingly, counsel for plaintiffs and defendants shall each submit a letter to the Court by close of business December 3, 2024, explaining the failure to appear at the pretrial conference.

Dated: December 2, 2024
         White Plains, New York

                                **SO ORDERED:**

                                _____
                                JUDITH C. McCARTHY
                                United States Magistrate Judge