

# YOUNGWIRTH
## LAW

**Brooke D. Youngwirth, Member**
**David R. Wise, Of Counsel**
Attorneys at Law

70 Dutchess Landing, Bldg K, Ste 1
Poughkeepsie, New York 12601
P 845.745.3019

January 16, 2026

*Via ECF*
Hon. Kenneth M. Karas, USMJ
United States District Court
300 Quarropas Street
Chambers 533
White Plains, New York 10601-4150

> **Re:   Alexandra Pullman, et al. v. Dana Collins, et al.**
> **Civil Action No. 7:24-cv-01383-KMK**
> **All parties' request for two-week extension to submit Cheeks paperwork**
> **and settlement agreements**

Dear Judge Karas:

We write on behalf of all parties to respectfully request a two-week extension of the current deadline to submit the parties' Cheeks paperwork and settlement agreements, from January 16, 2026 to January 30, 2026.

Good cause exists for this request. The parties require additional time for defense counsel to complete their review of the documents and for the parties to further confer regarding language for a second, separate non-public agreement. The requested extension will facilitate finalizing the materials to be presented for the Court's review.

Additionally, the parties will be filing a consent to proceed before Judge McCarthy for purposes of reviewing the Cheeks materials.

This is the first request for an extension concerning these submissions. All parties consent to the relief requested. No other deadlines will be affected by the requested extension.

We appreciate the Court's consideration.

Granted.                                        Respectfully submitted,

So Ordered                                      **YOUNGWIRTH LAW PLLC**

1/17/26

*/s/Brooke D. Youngwirth-Bodin*
Brooke D. Youngwirth-Bodin, Esq.

cc: All ECF Counsel of Record