UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

ARIANNA MILANESE, *et al.*,

                         Plaintiffs,

         -against-

DANA COLLINS, *et al.*,

                         Defendants.

-----------------------------------------------------------------------X

**ORDER**

24 Civ. 1383 (JCM)

On April 24, 2026, the parties filed a letter seeking approval of a settlement agreement, pursuant to the Fair Labor Standards Act and the Second Circuit's decision in *Cheeks*, 796 F.3d 199 (2d Cir. 2015). (Docket No. 91). Upon review, the Court has determined that additional information is necessary to approve the settlement. Thus, by May 22, 2026, the parties are directed to submit the following to the Court:

       (1) the signed Non-Wage and Hour Settlement Agreement, which must be filed under seal;

       (2) a letter setting forth the estimated ranges of recovery and allocations; and

       (3) the signed Wage and Hour Settlement Agreement.

Dated:   April 30, 2026
            White Plains, New York

                                       **SO ORDERED:**

                                       _____
                                       JUDITH C. McCARTHY
                                       United States Magistrate Judge

1